```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/11/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JAMEK WRIGHT,

                Plaintiff,

    -against-

JOHN DOE, ET AL.,

                Defendants.

22-cv-0131 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Corporation Counsel's letter regarding the John Doe defendants. Corporation Counsel writes that the allegations in the Complaint are insufficient to ascertain the identities of the unnamed defendants. Accordingly, **the Court hereby directs Mr. Wright to submit a letter to the Court by August 25, 2022, providing any additional details on John Doe #2 and Jane Doe.**

    Defendant City of New York is hereby **ORDERED** to serve this order on Plaintiff by first class mail and file proof of service by **July 14, 2022**.

**SO ORDERED.**

Dated:    July 11, 2022
             New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**